UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erik Mickelson, | Case No. 13-CV-2890 (ADM/JJK) |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST THE CITY OF SAINT PAUL** |
| City of Saint Paul, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and among the parties, by and through their respective counsel, that all claims raised by Plaintiff against the City of Saint Paul in the above-referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

THEREFORE, the parties agree and respectfully request that this Court dismiss the above-captioned matter in its entirety, with prejudice.


Dated:  March 24, 2014
*/s/Joshua R. Williams*
JOSHUA R. WILLIAMS, #389118
*Attorney for Plaintiff*
3249 Hennepin Avenue South
Suite 216
Minneapolis, MN 55408
Telephone: (612) 486-5540
Fax: (612) 605-1944
Email: *jwilliams@jrwilliamslaw.com*

Dated:  March 24, 2014

SARA R. GREWING
City Attorney

*/s/ Adam M. Niblick*
ADAM M. NIBLICK, #390128
Assistant City Attorney
*Attorneys for Defendants*
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
Telephone: (651) 266-8722
Fax: (651) 266-8787
Email: *adam.niblick@ci.stpaul.mn.us*