AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Erik Mickelson

V.

City of Saint Paul

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-CV-2890 (ADM/JJK)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is dismissed with prejudice and without costs and disbursements to any party.

|  |  |
|---|---|
| March 24, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By)         L. Brennan,    Deputy Clerk |

C:\Users\brennan\Documents\JUDGMENTS ORDERS ETC\13cv2890 judgment 0324.wpd                    Form Modified:  09/16/04